UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:22CR00155 SNLJ |
| DARIUS R. CLARK, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

This matter is before the Court on Defendant's Motion to Suppress Search of Two Backpacks Located in Residence, filed October 27, 2023 [Doc. 44]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on May 14, 2024 [Doc. 60]. Defendant submitted objections thereto on May 28, 2024 [Doc. 67].

The Magistrate Judge recommends that the Court deny Defendant's motion. In his Objections to Report and Recommendation, Defendant "objects to any conclusions or suggestions by the Magistrate Judge that [Defendant] lacks standing to object to the search" and also "objects to the R&R's conclusion that law enforcement had actual or apparent authority to search the bags found in the spare bedroom." [Doc. 67]. After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 60], filed May 14, 2024, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Search of Two Backpacks Located in Residence [Doc. 44] is **DENIED**.

Dated this 24th day of June, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE